Submitted on record and brief March 18, affirmed May 1, 1991

OREGON-CANADIAN
FOREST PRODUCTS, INC.,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION
and David L. Brooks,
*Respondents.*

(90-AB-1142; CA A66085)

809 P2d 133

Janet C. Knapp and Williams, Zografos & Peck, Salem, filed the brief for petitioner.

Jerome Lidz, Assistant Attorney General, Salem, waived appearance for respondent Employment Division.

No appearance for respondent David L. Brooks.

Before Richardson, Presiding Judge, and Deits and Riggs, Judges.

PER CURIAM

Affirmed. *Sun Veneer v. Employment Div.,* 105 Or App 198, 804 P2d 1174 (1991).